**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-7966

MARIO L. BALLARD,

                                    Petitioner - Appellant,

          versus

PAGE TRUE, Warden,

                                    Respondent - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District Judge.  (CA-01-380-7)

Submitted:  February 21, 2002          Decided:  March 6, 2002

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Mario Ballard, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mario Ballard appeals the district court's order denying relief on his motion to amend his 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001) petition and his motion for declaratory judgment. The district court dismissed without prejudice Ballard's § 2254 petition. Ballard's motion to amend and motion for declaratory relief essentially are the latest in a series of motions for reconsideration of the district court's denial of his § 2254 petition. Because Ballard has stated no grounds for reconsideration, we deny a certificate of appealability and dismiss the appeal. United States v. Williams, 674 F.2d 310, 313 (4th Cir. 1982) (no relief warranted when motion for reconsideration merely asks district court to change its mind). Ballard's motion for en banc hearing is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2